**Norman WILLIAMS, Jr., Plaintiff–Appellant,**

v.

**John LAMBERT, Florence County Detention Admin.; Susan McDougal, Nurse, Florence County Detention Center, Defendants–Appellees.**

No. 02–1623.

United States Court of Appeals, Fourth Circuit.

Submitted July 18, 2002.

Decided July 23, 2002.

Norman Williams, Jr., Appellant Pro Se. John Eric Fulda, Irmo, South Carolina, for Appellees.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Norman Williams, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Williams v. Lambert*, No. CA–01–275–4–25BC (D.S.C. May 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*